UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUL 17 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:18-cr- |
| ) | |
| MHD MAJD AL HELWANI, ) | |
| A/K/A Mhd Majid Al Helwani ) | 1 18-cr- 230 JMS -MJD |
| ) | |
| Defendant. ) | |

# **INDICTMENT**

COUNT 1
(18 U.S.C. § 922(g))
Unlawful Possession of a Firearm

The Grand Jury charges that:

On or about June 22, 2016, in Hamilton County, Indiana, within the Southern District of Indiana, Defendant,

MHD MAJD AL HELWANI,
A/K/A Mhd Majid Al Helwani

an alien admitted to the United States under a nonimmigrant visa, did knowingly possess, in and affecting interstate commerce, any firearm or ammunition, including, a Glock semi-automatic handgun;

All in violation of Title 18, United States Code, Section 922(g)(5).

COUNT 2
(18 U.S.C. § 922(g))
Unlawful Possession of a Firearm

The Grand Jury further charges that:

On or about July 15, 2016, in Hamilton County, Indiana, within the Southern District of Indiana, Defendant,

MHD MAJD AL HELWANI,
A/K/A Mhd Majid Al Helwani

an alien admitted to the United States under a nonimmigrant visa, did knowingly possess, in and affecting interstate commerce, any firearm or ammunition, including, a Glock semi-automatic handgun;

All in violation of Title 18, United States Code, Section 922(g)(5).

COUNT 3
(18 U.S.C. § 922(g))
Unlawful Possession of a Firearm

The Grand Jury further charges that:

On or about December 21, 2017, in Hamilton County, Indiana, within the Southern District of Indiana, Defendant,

MHD MAJD AL HELWANI,
A/K/A Mhd Majid Al Helwani

an alien admitted to the United States under a nonimmigrant visa, did knowingly possess, in and affecting interstate commerce, any firearm or ammunition, including, a Sabal Arms, model SA 15, .223 caliber rifle;

All in violation of Title 18, United States Code, Section 922(g)(5).

<u>COUNT 4</u>
(18 U.S.C. § 922(a)(6))
False Statements in Connection with Acquisition of Firearms

The Grand Jury further charges that:

On or about October 25, 2016, in Marion County, within the Southern District of Indiana, the defendant

MHD MAJD AL HELWANI,
A/K/A Mhd Majid Al Helwani

in connection with the acquisition of firearms, including a 12 gauge shotgun, from Dick's Sporting Goods, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Dick's Sporting Goods, to wit: that he was not an alien admitted to the United States under a nonimmigrant visa, which statement was intended and likely to deceive Dick's Sporting Goods as to a fact material to the lawfulness of such acquisition of the said firearms by the defendant under chapter 44 of Title 18;

All in violation of Title 18, United States Code, Section 922(a)(6).

## FORFEITURE ALLEGATION

1.  The allegations contained in this Indictment are realleged as if fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). If convicted of any offense set forth in this Indictment, Defendant herein shall forfeit to the United States any firearm or ammunition involved in or used in the offense set forth in this Indictment.

A TRUE BILL:

███████████
Foreperson

JOSH J. MINKLER
United States Attorney

BY: *[signature]*
Matthew J. Rinka
Assistant United States Attorney